**WO**                                                                                               SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | No. CR 90-0233-PHX-RCB |
| Plaintiff,  ) | No. CV 07-2190-PHX-SMM (MEA) |
| v.  ) | **ORDER** |
| Burton P. Golb,  ) | |
| Defendant/Movant.  ) | |

Movant Burton P. Golb, who is confined in FCC Beaumont Low in Beaumont, Texas, filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, which was assigned to this Court. (Doc.# 854.)[1] This Court summarily denied the motion as impermissibly second or successive. (Doc.# 856.) The Court will vacate that order and judgment and recuse from further involvement in this matter, which will be randomly reassigned to another Judge of this District.

**IT IS HEREBY ORDERED**:

(1)   The Order filed on January 10, 2008 and entry of judgment thereon are **vacated**. (Doc.# 856, 857.)

//

---

[1] "Doc.#" refers to the docket number of filings in the criminal case.

1  (2) The undersigned hereby recuses himself from further participation in the
2  above-entitled case and the Clerk must reassign it, by lot, to another Judge of this District.
3  DATED this 19th day of February, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge