WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 90-233 PHX RCB |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| BURTON GOLB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered defendant Golb's Motion to Modify Conditions of Supervised Release (Doc. 885), the government's Response and defendant's Reply, as well as the probation officer's November 8, 2010 report, the court concludes that a modification of defendant's conditions of release to permit him to reside in the Republic of Mexico is premature. At defendant's option, it may be renewed after one year.

IT IS ORDERED denying defendant Golb's Motion to Modify Conditions of Supervised Release (Doc. 885) without prejudice to

. . .

1   its renewal after one year.

2       DATED this 6th day of December, 2010.

3

4

5   _____
    Robert C. Broomfield

6   Senior United States District Judge

7

8

9

10  Copies to counsel of record